| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT |
| | ) SS: | **71C01-1904-CT-000131** |
| COUNTY OF ST. JOSEPH | ) | CAUSE NO.: _____ |

BRENDA R. PATRICK,  )
15695 DARDEN ROAD  )
GRANGER, INDIANA 46530  )
        Plaintiff,  )
        v.  )    JURY TRIAL DEMANDED

TIMOTHY S. RONNE,  )
3227 15ᵀᴴ AVENUE S., APT. B  )
FARGO, NORTH DAKOTA 58103  )

and  )

MAYER TRUCK LINE, INC.,  )
c/o Jason R. Mayer, Resident Agent  )
1207 S. RIVERSIDE DRIVE  )
P.O. Box 1922  )
JAMESTOWN, ND 58402-1922  )

and  )

MIDKOTA LEASING, INC.,  )
By its Highest Ranking Officer  )
P.O.. BOX 421  )
JAMESTOWN, ND 58402  )

        Defendants.  )

## COMPLAINT FOR DAMAGES

Plaintiff, Brenda Patrick, for her claim for relief, states:

1. On April 20, 2017, the plaintiff, Brenda Patrick, was the driver of an automobile traveling east on St. Rd. 2, South Bend, St. Joseph County, Indiana.

2. At the above time and place, the defendant, Timothy Ronne, who was within the course and scope of employment for defendant Mayer Truck Line, Inc. and/or defendant Midkota



DEFENDANT'S EXHIBIT B

Leasing, Inc., operated his semi in an easterly direction on St. Rd. 2, when he carelessly and negligently struck the plaintiff's vehicle.

3. As a proximate result of the carelessness and negligence of the defendants, the plaintiff sustained physical injuries, the effects of which are permanent and lasting; incurred pain and suffering, both mental and physical, and continues to experience the same; incurred hospital, doctor and medical bills; and lost the enjoyment of her life.

4. As a further direct and proximate result of the carelessness and negligence of the defendants, the plaintiff has incurred lost wages and will continue to incur lost wages in the future.

WHEREFORE, plaintiff demands judgment against the defendants in an amount that will reasonably compensate her for the injuries and damages she sustained, for the costs of this action, and for all other just and proper relief in the premises.

_____
Daniel H. Pfeifer (5720-71)
Richard W. Morgan (9297-71)
Jerome W. McKeever (30022-71)
Attorneys for Plaintiff
**PFEIFER, MORGAN & STESIAK**
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

_____
Daniel H. Pfeifer (5720-71)
Richard W. Morgan (9297-71)
Jerome W. McKeever (30022-71)
Attorneys for Plaintiff
PFEIFER, MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870